IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| TAYLOR ELLISOR § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 9:22-CV-00078 |
| FREDONIA HOSPITALITY, LLC D/B/A § | JUDGE MICHAEL J. TRUNCALE |
| THE FREDONIA HOTEL & § | |
| CONVENTON CENTER § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation for Dismissal with Prejudice. [Dkt. 6]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). To the extent that the Parties' dismissal is not yet in effect, the above-styled case is hereby dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby vacated, and that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 4th day of August, 2022.

Michael J. Truncale
United States District Judge